IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONNIE B. TUDOR,

    Plaintiff,

  v.

UNITED STATES DEPARTMENT OF THE NAVY; JOSIE C. DRISTY, Department of the Navy; RAY MABUS, Secretary of the Navy,

    Defendants.
_____/

No. C 11-05362 CW

ORDER RE: CASE MANAGEMENT CONFERENCE

    The above-entitled case is set for a Case Management Conference on March 21, 2012.  The conference is continued to June 27, 2012 at 2 p.m.  Meanwhile, within fourteen days of the date of this order, Plaintiff shall provide to Defendants his proposed amended complaint.  Within seven days thereafter, Defendants must either stipulate to its filing, in which case Plaintiff must file it forthwith and Defendants must respond to it in accordance with the applicable rules, or Defendants will notify Plaintiff that Plaintiff must file a motion for leave to file his amended complaint.  In the latter case, Plaintiff shall file, seven days later, his motion for leave to file his amended complaint.

Dated: 3/15/2012

CLAUDIA WILKEN
United States District Judge