JENNIFER J. CAPABIANCO (SBN 193371),
TODD A. DUPLANTY (SBN 211707),
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099
jcapabianco@selmanbreitman.com
tduplanty@selmanbreitman.com

Of Counsel:
**NEEL, HOOPER & BANES, P.C.**
Bryant S. Banes
Federal ID No. 31149
Texas Bar No. 24035950
Bill W. Wooley
Federal ID No. 1144785
Texas State Bar No. 00795729
1800 West Loop South, Suite 1750
Houston, Texas 77027
(713) 629-1800
(713) 629-1812 (Fax)
E-Mail: bbanes@nhblaw.com

Attorneys for Plaintiff
RONNIE TUDOR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DISTRICT

| | |
|---|---|
| RONNIE B. TUDOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY, et al.,<br><br>　　　　Defendant. | CASE NO.  C 11-5362 CW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SCHEDULE ORDER DATES FOR AMENDED COMPLAINT**<br><br>Dept.　:　Courtroom 2<br>Judge　:　Hon. Claudia Wilken |

On March 15, 2012, the Court issued an Order Re: Case Management Conference that, among other things, continuing the case management conference in this action to June 27, 2012, which has since been stipulated and changed to July 18, 2012. The March 15,

1

**CASE NO. C11-5362 CW**

2012 Order also established dates by which: Plaintiff is to present Amended Complaint to Defendant; Defendant is to stipulate to Amended Complaint or notify Plaintiff that it must file Motion for Leave to Amend; and Plaintiff is to file Motion for Leave to Amend, if necessary.

After further discussions between counsel and in order to allow Plaintiff proper time to amend complaint and Defendant time to properly evaluate amended complaint, the Parties have agreed to adjust and continue the scheduled deadlines contained in the March 15, 2012 Order by approximately two (2) weeks.

Accordingly, the parties HEREBY STIPULATE AND REQUEST that the scheduling dates contained in the Court's March 15, 2012 Order be revised to the following:

By April 12, 2012, Plaintiff provide to Defendant proposed Amended Complaint;

By April 19, 2012, Defendant stipulate to Plaintiff filing Amended Complaint in which case Plaintiff must file Amended Complaint and Defendant answer in accordance with the applicable rules or Defendant notify Plaintiff that Plaintiff must file Motion for Leave to file Amended Complaint;

By April 26, 2012, Plaintiff shall file its Motion for Leave to Amend Complaint, if necessary.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: March 22, 2012

MELINDA HAAG
United States Attorney

By: /s/ Claire T. Cormier
CLAIRE T. CORMIER
Assistant United States Attorney

DATED: March 22, 2012

NEEL, HOOPER & BANE, P.C.

By: /s/ Bryant S. Banes
BRYANT S. BANES
Attorney for Plaintiffs

### [PROPOSED] ORDER

**IT IS SO ORDERED.** In light of Plaintiff's apparent intent to file an amended complaint, Federal Defendants' motion to dismiss the original complaint is denied without prejudice. Docket No. 31. The motion to dismiss may be refiled after the Court has determined the operative complaint, pursuant to the parties' stipulated timeline.

DATED: 3/26/2012

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE