IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONNIE B. TUDOR, et al.,

      Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF THE NAVY, et al.,

      Defendants.

                                /

No. C 11-05362 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion for discovery to supplement the administrative record and **all discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.  The hearing noticed for Thursday, July 19, 2012, is vacated.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 5/18/2012

CLAUDIA WILKEN
United States District Judge

cc:  MagRef