UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| RONNIE B. TUDOR. et al, | No. C 11-05362 CW (LB) |
| Plaintiffs,<br>v. | **NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |
| UNITED STATES DEPARTMENT OF THE NAVY, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to United States Magistrate Judge Laurel Beeler. *See* Order of Reference, ECF No. 38. The parties shall comply with all applicable requirements in Judge Beeler's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: August 10, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-05362 CW (LB)
NOTICE OF REFERRAL AND ORDER